FILED

2:07 pm, 7/11/25

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 25-cr-100-ABJ |
| Plaintiff, | 8 U.S.C. § 1326(a) |
| v. | (Illegal Reentry) |
| JUAN FLORES-PINUELAS, | |
| Defendant. | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE

On or about January 3, 2023, in the District of Wyoming, the Defendant, **JUAN FLORES-PINUELAS**, an alien who had been previously removed and deported on or about December 14, 2018, was found knowingly in the United States without having obtained the consent of the Attorney General of the United States or his successor, the Secretary of Homeland Security, to reapply for admission into the United States.

In violation of 8 U.S.C. § 1326(a).

DATED this 11th day of July, 2025.

Stephanie Sprecher
Acting United States Attorney

By: _____
CAMERON J. COOK
Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **JUAN FLORES-PINUELAS** |
| **DATE:** | July 11, 2025 |
| **INTERPRETER NEEDED:** | Yes |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **8 U.S.C. § 1326(a)** (Illegal Reentry) |
| | 0-2 YEARS IMPRISONMENT UP TO $250,000 FINE UP TO 1 YEAR SUPERVISED RELEASE $100 SPECIAL ASSESSMENT |
| **AGENT:** | Rafael Tejera, DHS, ICE |
| **AUSA:** | Cameron J. Cook, United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1-5 Days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |